# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

Nathan Reardon, Plaintiff

v.

Mitchell Oswald, in his individual capacity;
Bangor Daily News, LLC, Defendants.

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

MAY 0 5 2026

JENNIFER P. LYONS, CLERK

BY_____

# INITIAL COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

## I. INTRODUCTION

This action arises under the Constitution and laws of the United States, including 28 U.S.C. § 1331, and seeks relief pursuant to Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971), for violations of Plaintiff's rights under the Fourth and First Amendments to the United States Constitution. This action further includes supplemental state law claims for defamation pursuant to 28 U.S.C. § 1367, arising from the publication of false and misleading statements and subsequent unlawful federal action taken in reliance on those statements.

## II. JURISDICTION AND VENUE

This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331. Plaintiff's constitutional claims are brought under Bivens. This Court has supplemental jurisdiction over state law claims under 28 U.S.C. § 1367. Venue is proper in the District of Maine under 28 U.S.C. § 1391.

## III. PARTIES

Plaintiff Nathan Reardon is a resident of Maine. Defendant Mitchell Oswald was a federal probation officer acting under color of federal authority. Defendant Bangor Daily News, LLC is a media organization operating in Maine.

## IV. CLAIMS FOR RELIEF

**COUNT I – Fourth Amendment Violation (Bivens)**

Defendant conducted an unreasonable search and seizure relying on an unverified and false media report.

**COUNT II – First Amendment Retaliation (Bivens)**

Defendant took adverse action against Plaintiff in response to protected speech.

**COUNT III – Defamation**

Defendant Bangor Daily News published false statements asserting Plaintiff violated a judicial order.

**COUNT IV – Defamation Per Se**

False accusations of unlawful conduct damaged Plaintiff's reputation.

**COUNT V – Defamation by Implication**

True information was presented misleadingly to imply unlawful conduct.

## V. DAMAGES

Plaintiff suffered reputational harm, emotional distress, and invasion of privacy. Plaintiff seeks compensatory damages, punitive damages, and injunctive relief.

Respectfully submitted,

Nathan Reardon
P.O. Box 52
Detroit, ME 04929