
EXHIBIT

**New Message** ✕

8:35 📞 1:36 ⋯⋯⋯ • 📶 89

To: Patrick Simpson Howland 2

Text Message • SMS
May 27, 2023 at 11:40 AM

Greetings everyone, my name is Nathan and I am taking back over the apartments full-time now.

I understand that there are several issues that have come up that need to be addressed. I will be handling all complaints and Rental issues from now on. Please save this number and contact me anytime on it day or night.

I will be scheduling an inspection on the units probably within the next week and I will let everyone know when I will be. I will be making a

➕ Text Message • RCS