

EXHIBIT

EXHIBIT

UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

AFFIDAVIT OF NATHAN REARDON

I, Nathan Reardon, being duly sworn under oath, hereby state as follows:

1. I am over the age of eighteen and competent to testify to the matters set forth herein. The statements contained in this affidavit are based on my personal knowledge.

2. Between approximately April 2023 and July 6, 2023, I was residing at a halfway house known as Pharos House, located in Portland, Maine.

3. During my time at Pharos House, I was expressly permitted by the director of the facility to work for my father. This authorization was given to me prior to and during the period in question.

4. At a later point during my stay, I was called into a meeting by the director and informed that I should no longer continue working for my father. I was told that this decision was made after she had spoken with another individual.

5. At the time the text message referenced in a Bangor Daily News article was sent, I had already been granted permission by the director of Pharos House to work for my father, and such activity was authorized.

6. I was not placed on federal probation until July 6, 2023.

7. My first documented meeting with United States Probation Officer Mitchell Oswald occurred on July 10,

2023.

8. Therefore, at the time the referenced text message was sent, I was not under probation supervision.

9. Any statement or implication that I was acting in violation of probation at the time of the text message is false and inaccurate.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: _____

_____

Nathan Reardon

P.O. Box 52

Detroit, ME 04929

SUBSCRIBED AND SWORN TO before me this _____ day of _____, 2026.

_____

Notary Public

My Commission Expires: _____