Prob 12C
(6/19)

# UNITED STATES DISTRICT COURT
### for the District of Maine
## Petition for Warrant or Summons for Offender under Super~~vision~~



EXHIBIT
6

**Name of Offender:** Nathan Reardon                  **Case Number:** 0100 1:21CR00061

**Sentencing Judicial Officer:** Honorable Lance E. Walker, U.S. District Judge

**Date of Original Sentence:** November 02, 2022

**Original Offense:** Cts. 1-5: Bank Fraud 18 U.S.C. § 1344

**Original Sentence:** 20 Months Imprisonment; 36 Months Supervised Release

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** July 07, 2023

**Assistant U.S. Attorney:**                         **Defense Attorney:**

Andrew Lizotte                                       Hunter J. Tzovarras

## PETITIONING THE COURT

☒ To issue a warrant/matter to be sealed pending arrest or until detainer is lodged.
☐ To issue a warrant/matter to be sealed pending arrest. Attachment to remain sealed after arrest.
☐ To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| One | **Violation of Special Condition #1: Defendant shall provide the supervising officer any requested financial information.**<br><br>On July 10, 2023, the defendant was provided Probation Forms 48 and 48B. The defendant was directed to complete these forms and return them with supporting documentation on July 26, 2023.<br><br>On July 26, 2023, the defendant submitted incomplete forms, lacking supporting documentation. The defendant was directed to return the |

Prob 12C
(6/19)

Petition for Warrant or Summons
for Offender Under Supervision

| | | |
|---|---|---|
| | | properly completed forms and supporting documentation on August 2, 2023.<br><br>On August 6, 2023, the defendant submitted revised versions of the requested forms, still lacking supporting documentation.<br><br>As of August 16, 2023, the documents have not been submitted.<br><br>The documents submitted by the defendant reported no assets and no bank accounts, however, during a search of the defendant's residence on August 10, 2023, the defendant was found in possession of three electronic bank transaction cards in his name, which were in his wallet. |
| | **Two** | **Violation of Special Condition #6: Defendant shall not be self-employed and shall be continuously employed for compensation by a disinterested third party. Defendant shall not open any businesses, sole proprietorships, partnerships, limited partnerships, or corporations. Defendant shall dissolve any corporations and businesses that exist on the date of sentencing.**<br><br>On July 11, 2023, the defendant reported to the probation officer that "all companies that were in existence at the time of sentencing. All have been dissolved except the one my father took over while I was in jail for the apartments." The defendant reported that the business had been transferred to his rather, not dissolved.<br><br>On or about August 4, 2023, the defendant met with the Town Manager of Dexter, Maine, representing that he had a proposal to invest 2.5 million dollars in renovation of a local property. The defendant does not own the property, and his relationship to the owner is unknown.<br><br>Information obtained from multiple sources revealed that prior to his release from federal custody, and continuing until at least August 10, 2023, the defendant was representing himself and acting as landlord for his father's rental properties, which he had been specifically prohibited from doing.<br><br>From July 6, 2023, and continuing until at least August 11, 2023, in his electronic communications, and on his personal website, the defendant was representing himself as the "President, Founder, and CEO" of a business called Membership Auto. On August 3, 2023, the defendant was directed to cease this representation. Electronic correspondence obtained shows the defendant continuing to use this identifying information after the probation officer's direction. Additionally, on August 3, 2023, the |

Prob 12C
(6/19)

Petition for Warrant or Summons
for Offender Under Supervision

| | | |
|---|---|---|
| | | defendant admitted to the probation officer that Membership Auto did not, and never did, exist. |
| Three | | **Violation of Standard Condition # 10: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).**<br><br>During a search of the defendant's property on August 10, 2023, probation officers discovered one (1) Ruger LCP pistol; .380 cal., loaded with a magazine containing 6 rounds of ammunition, wrapped in a T-shirt in a closet in a common area of the residence. Also located were one (1) Jennings pistol; .22 cal., loaded with 5 rounds in the magazine, in the unlocked glove box of an unlocked vehicle parked in the defendant's driveway; and one (1) Electronic Control Device (Stun Gun) on the top shelf of the defendant's closet. |
| Four | | **Violation of Standard Condition #4: You must answer truthfully the questions asked by your probation officer.**<br><br>On August 3, 2023, the defendant responded to the probation officer's directive that he cease representing himself as "President, Founder, CEO" of Membership Auto in his electronic communications. The defendant stated that he had done so, and further reported that such a corporation never actually existed. As of August 11, 2023, the defendant's email still contained this information. |
| Five | | **Violation of Special Condition # 3 Defendant shall not incur new credit charges or open additional lines of credit without the supervising officer's advance approval.**<br><br>On August 16, 2023, the probation officer received an email from Mike Reardon, containing an attachment which was a loan agreement between Arthur Reardon and the defendant. The document states that the loan, in the amount of $26,848.59, originated on April 20, 2022, however the document was not signed by the lender or the borrower until August 16, 2023.<br><br>The email stated that the loan was originated after receiving "tax counseling," that document was "ongoing and not complete," and "may contain some inaccuracies." |

Prob 12C
(6/19)

**U.S. Probation Officer Recommendation:**

☒ The term of supervision should be:

    ☒ revoked.

    ☐ extended for {years} for a total of {years} years.

☐ the conditions of supervision should be modified as follows:

        I declare under penalty of perjury the foregoing is true and correct.

        Executed on: August 16, 2023

                Respectfully Submitted,

                By:
                Mitchell Oswald
                U.S. Probation Officer

Reviewed: Melanie Holton
Melanie Holton
Supervisory U.S. Probation Officer
8/16/2023

Prob 12C
(6/19)

Petition for Warrant or Summons
for Offender Under Supervision

# SUPERVISED RELEASE VIOLATION
## COVER SHEET

**Name:**  Nathan Reardon

**Y/O/B:**      1978

**Offense(s) of Conviction and Classification:**
Cts. 1-5: Bank Fraud 18 U.S.C. § 1344 (Class B Felony)

**Original Sentence:**
20 Months Imprisonment; 36 Months Supervised Release

**Date Imposed:**
November 02, 2022

**Available Penalties for Current Violation (with statutory reference)**
Up to 3 years imprisonment 18 U.S.C. §3583 (e)(3)

**Additional Period of Release:**
Up to 5 years, less any term of imprisonment; 18 U.S.C. §3583 (h)


Supervising U.S. Probation Officer
Mitchell E. Oswald