UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

DECLARATION OF NATHAN REARDON
IN SUPPORT OF EXHIBITS

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

MAY 0 5 2026

JENNIFER P. LYONS, CLERK

BY_____
DEPUTY CLERK

I, Nathan Reardon, declare as follows:

1. I am the Plaintiff in this matter and have personal knowledge of the facts stated herein.

2. Attached hereto as Exhibit A is a true and correct copy of a Bangor Daily News article dated August 10, 2023.

3. Attached hereto as Exhibit B is a true and correct copy of a text message dated May 27, 2023.

4. Attached hereto as Exhibit C is documentation showing my federal probation start date of July 6, 2023.

5. Attached hereto as Exhibit D is documentation relating to authorization during halfway house placement.

6. Attached hereto as Exhibit E is documentation relating to Defendant Oswald's reliance on the article.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 4-28-2026

Nathan Reardon
P.O. Box 52
Detroit, ME 04929