UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

MAY 0 5 2026

JENNIFER P. LYONS, CLERK

BY_____
DEPUTY CLERK

Plaintiff(s),

NATHAN Reardon

v.

Civil No.

Defendant(s). Mitchell Oswald )
(INDIVIDUAL CAPACITY)
BAngor Daily News. LLC.

)
)
)
)
)
)
)
)
)
)

## DIVERSITY DISCLOSURE STATEMENT

This Diversity Disclosure Statement is being submitted pursuant to Fed.R.Civ.P. 7.1.

*Note to pro se party: Only complete this form on behalf of yourself (as plaintiff or defendant).*
*You do not need to fill out the form as to the opposing party.*

Plaintiff NATHAN REARDON is a resident of the state of Maine .

Defendant _____ is a resident of the state of _____ .

Date: 4-24-26

Sign name: X _____

Print name: NATHAN REARDON