UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

*In re: Application of Enjoined Filer NATHAN REARDON to proceed with civil action against MITCHELL OSWALD and THE BANGOR DAILY NEWS.*

No. 1:26-mc-182-LEW

Petitioner Nathan Reardon is an enjoined filer. On June 30, 2025, this court enjoined Mr. Reardon from "bring[ing] any additional pro se complaints within this District without first obtaining an order allowing the filing." *Reardon v. Domonski*, No. 1:25-cv-00268, 2025 WL 1797156, at *8 (D. Me. June 30, 2025), *reconsideration denied,* 2025 WL 1883698 (D. Me. July 8, 2025). The Court imposed the sanction "[a]s a result of numerous civil cases" Reardon filed "seeking to collaterally attack his criminal conviction or otherwise bring facially deficient claims." *Id.* at *1.

With his latest filings, Mr. Reardon is once more seeking to challenge the constitutionality of certain adverse occurrences in his criminal case, *United States v. Reardon*, No. 1:21-cr-61; specifically, his arrest upon a warrant and revocation of supervised release based on a laundry list of alleged violations of the terms of supervised release. Mr. Reardon now alleges that his probation officer violated the First Amendment and the Fourth Amendment in connection with the arrest and motion to revoke, although he does not articulate how so as to state a plausible claim for relief. In particular, there is no plausible allegation that the arrest lacked probable cause for purposes of the Fourth Amendment or was carried out in retaliation for activity protected by the First Amendment. Moreover, Mr. Reardon admitted his violations of special conditions 1, 3, 4 and 6. *See* Case No. 1:21-cr-00061, ECF No. 185.

Because Mr. Reardon has failed to allege a federal claim against Mr. Oswald, this Court lacks supplemental jurisdiction to hear Mr. Reardon's additional proposed state law claims against the Bangor Daily News, assuming without deciding that the defendants are properly joined in the same action.

Mr. Reardon's request for leave to file (ECF No. 1) is DENIED.

SO ORDERED.

Dated this 18th day of May, 2026.

/s/ Lance E. Walker
Chief U.S. District Judge