**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

**IN RE: ENJOINED FILER NATHAN REARDON**
Misc. No. **1:26-mc-00182-LEW**



# NOTICE OF APPEAL

Notice is hereby given that **Nathan Reardon**, Petitioner and proposed plaintiff proceeding pro se, hereby appeals to the **United States Court of Appeals for the First Circuit** from the Order entered in this action denying leave to file.

Specifically appealed:

- Order entered **May 18, 2026**
- **Document No. 2**
- Order denying Motion for Leave to File.

Petitioner appeals all adverse rulings contained in that Order and seeks review of whether the District Court improperly denied leave to file and improperly concluded that the proposed filing failed to state a plausible federal claim.

Respectfully submitted,

/s/ Nathan Reardon
**Nathan Reardon**
P.O. Box 52
Detroit, ME 04929
Pro Se Litigant

**Dated: May 23, 2026**

# CERTIFICATE OF SERVICE

I certify that on **May 23, 2026**, I served a copy of this Notice of Appeal in accordance with applicable rules of court.

Dated: **May 23, 2026**

/s/ Nathan Reardon
Nathan Reardon
P.O. Box 52
Detroit, ME 04929